## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br><br>KEVIN DAVID McGOVERN and<br>CMG CONSTRUCTION, INC.,<br><br>           Defendants. | **Case No. CR-16-44-GF-BMM**<br><br><br>**ORDER** |

A telephonic scheduling conference was held in this matter on October 4, 2016. Ryan G. Weldon appeared on behalf of the Plaintiff. Mark D. Parker and Thomas J. Butters appeared on behalf of the Defendants. After discussion and agreement by the parties,

    **IT IS HEREBY ORDERED** the final pretrial conference and jury trial set for October 31, 2016, are **VACATED**. The final pretrial conference is rescheduled for **Monday, November 7, 2016 at 8:30 a.m.** The parties are to report to the chambers of the undersigned. The jury trial is rescheduled for **Monday, November 7, 2016 at 9:00 a.m.** in the Charles N. Pray Courtroom at the Missouri River Federal Courthouse, Great Falls, Montana. The plea agreement/notice of intent to proceed to trial deadline is **October 24, 2016.** The Jury Instructions and Trial Briefs are due by **October 31, 2016**. All other

provisions of the Court's Scheduling Order (Doc. 11) shall remain in full force and effect in all other respects.

DATED this 4th day of October, 2016.

Brian Morris
United States District Court Judge