UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-16-44-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| KEVIN DAVID McGOVERN and CMG CONSTRUCTION, INC., | |
| Defendants. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 8th day of November, 2016.

_____
Brian Morris
United States District Court Judge