IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. KEVIN DAVID McGOVERN, Defendant. | CR 16-22-GF-BMM<br>CR 16-44-GF-BMM<br><br>ORDER |
|---|---|

Upon the motion of the United States, and for good cause shown,

The United States' motion to appear by Zoom at the Motion to Terminate Supervision is GRANTED.

DATED this 23rd day of November, 2020.

_____
Brian Morris, Chief District Judge
United States District Court